Collective Action Complaint, Jury Trial Demanded

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV 18-2574
5/1/18

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* K & S Glatt Farm Inc. d/b/a Glatt Farm

was received by me on *(date)* 5/3/18 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Hasan Ozcan - Managing Agent, Auth. to Accept who is designated by law to accept service of process on behalf of *(name of organization)* K & S Glatt Farm Inc. d/b/a Glatt Farm
482 Bayview Avenue
Cedarhurst, NY 11516    on *(date)* May 7, 2018    xxxx 12:15 PM
Desc: Light Brown Male, Brown Crew cut Hair, 50-55 yrs., 5'6, 185-200 lbs.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: May 7, 2018

*Server's signature:* Birgit Serkes

Birgit Serkes - Process Server
*Printed name and title*

Garden City S., NY
*Server's address*

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. 1TR5031219
Qualified in Nassau County
Commission Expires August 1, 2018

*[signature: Lynn M. Tranquellino]*

Additional information regarding attempted service, etc: