F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    JUN 15 2018    ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RAFAEL AGUILAR, TOSHUA GERMAN, and ISRAEL
RIVERA, individually and on behalf of all others similarly
situated,

                                        Plaintiff,

        -against-

K & S GLATT FARM INC. d/b/a GLATT FARM, A&Z
GLATT FARM INC. d/b/a GLATT FARM, and HASAN
OZCAN, as an individual,

                                        Defendants.
------------------------------------------------------------------X

18-CV-2574 (SJF)(SIL)

Stipulation of Voluntary
Discontinuance as to all
Defendants Without Prejudice

IT IS HEREBY STIPULATED that the action (and all claims and causes of action that were or
could have been asserted in it) be withdrawn, discontinued and dismissed, as against all
Defendants, without prejudice, in accordance with Rule 41 of the Federal Rules of Civil
Procedure.

Dated: June 13, 2018
        Forest Hills, New York

_____
Roman Avshalumov, Esq.
Helen F. Dalton & Associates, P.C.
69-12 Austin Street
Forest Hills, NY 11375

SO ORDERED

s/ Sandra J. Feuerstein
_____
Hon. District Judge Sandra J. Feuerstein

This 15th day of June, 2018